## GERALD FULLER *v.* LAWRENCE ALBAITIS
### (6151)

DUPONT, C. J., SPALLONE and O'CONNELL, Js.

Submitted on briefs May 2—decision released May 18, 1988

*Scott A. Garver* filed a brief for the appellant (defendant).

*John R. Palumbo* filed a brief for the appellee (plaintiff).

PER CURIAM. We afforded the defendant's claims of error which are properly before us the appropriate scope of review and have determined that the trial court acted properly and in accordance with applicable law.

There is no error.